United States District and Bankruptcy Courts
For the District of Columbia

**FILED**
APR 29 2016
Clerk, U.S. District and Bankruptcy Courts

Nathaniel L. Thomas
2452 Bowen Road S.E.
Washington, D.C. 20020
202-615-7003

VS.

Whiting Turner
6305 Ivy Lane Suit 800
Greenbelt Maryland 20770

Case: 1:16-cv-00803   Jury Demand
Assigned To : Sullivan, Emmet G.
Assign. Date : 4/29/2016
Description: Employ. Discrim. (H Deck)

**RECEIVED**
APR 29 2016
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

## Complaint

My Employment Status has been revoked by Whiting & Turner, the General Contractor for the MGM Project and the forced termination by my Employer the Gilford Corporation.

Jessica, L.Hitt N.U.N.K of J.E. Richards Electrical Contractor on the MGM site, is a caucasian female, whom I only have communication with when she rides in the hoist that I operate on the job.

On 4/23/16 Ms. Jessica L.Hitt N.U.N.K, of J.E. Richards, conspired with other caucasian male co-workers pre-meditated confabulatory and frivolous allegations of Sexual Harrassment against me by cordially twisting the didactic and true content of several positive and brief communications over a three month period. While I operated the Hoist on

(1)

the MGM Project, designed to carry personnel, equipment, materials and tools up and down the bldg. structure.

Ms. Jessica preconceived on 4/23/16 to other caucasian male co-workers to put together a complaint on 4/25/16 that encompasses three months of communications, that are brief in nature to secure my dismissal and lost wages from my job. The timing of Jessica's complaint appears to be racially motivated, vindictive and retaliatory. For me having very firm words on Friday, April 22, 2016, to one of my caucasian fellow Union Operators, Mr. Norman Cuevas whom I had repeatedly told to "just do his share of the work." Because Mr. Cuevas had been slacking in his performance on the job, getting complained about constantly and increasing the work load for myself and Jason, the other hoist operator. As a matter of fact, it was Norman, who had alerted Davon Robinson (black foreman w.T.) of Ms. Jessica's intentions of filing a complaint against me. I was filling out my time sheet and over heard their conversation which I wasn't supposed to hear, where Mr. Cuevas suggested that she should file a complaint. From the time I was hired by The Gilford Corporation and sent to work at the MGM Job site by the Local 77 Operating Engineers Union whom I worked out of since 1985, there have never been a crossed word of our conciliatory short and brief communications until on 4/23/16, I mentioned to Ms. Jessica that one of our co-workers

(2)

from the steamfitting company, John L.NUKN. Journeyman Mechanic Fred L.NUKN. was interested in having a couple of beers with her after work. Fred, also caucasian, had asked me to put a word in for him with Jessica a week earlier. She did respond by saying that her boyfriend wouldn't like that, as she got off the hoist. Prior to that day, I had talked to Ms. Jessica about a month ago about purchasing tax Lien certificates being a good way to save money, she even told me about her Doctor's appointment when she was feeling ill. I praised her on one occassion about how cool and unique it was to see a female pursueing the electrical trade. Ms. Jessica told another caucasian male employee to tell Jason, my other co-worker and Union Operator who is black, to tell me that she felt offended in some kind of way. So when I saw Jason, he asked me did I say anything to Ms. Jessica, and I said she just got off the hoist about ten minutes ago. I went up on the 15th floor to let everyone know that I was about to shut down and go home, when I encountered Ms. Jessica and a caucasian male co-worker with a red hard hat. When I sought to ask her what it was that made her angry, she responded that she didn't want to mess with anyone's money and to watch what I say to her. I acknowledged her feelings and I apologized for offending her in any way.

(3)

The next thing I know on 4/25/16, I'm hearing rumors that I asked Ms. Jessica out for a couple of beers and I dont even drink and havent done so in over three years and I am proud of my clarity and sobriety. Then there is a call on my cell phone from my Employer, saying not to come to work tomorrow, that Whiting & Turner doesnt want me on the Job site. It's a known fact that I could never receive the same amount of privilage and entitlement because of the Caucasian comraderie with the Whiting & Turner Superintendents Kyle Jennings or T.J. Perry that Norman Cuevas, the other caucasian Hoist Operator, besides myself and Jason, who would have long been dismissed for operating the hoist in a manner that seems fit to ourselves. Mr. Cuevas passes people by when he operates his hoist.

I always knew that Whiting & Turner wanted to get rid of me the first chance they got, because I done my job in an almost unbreakable fashion, no matter how many hours they put on me and I consistently pointed out safety hazards. I dont know if Whiting & Turner knew that I've come around in full circle, from working for the Federal Government, at the Dept of the Treasury Bureau of Engraving & Printing, The Dept. of Defense D.P.S. 1980, 81, 82 Oil Drilling Rigs 82-85 Operating Engineers Union, Subway Tunnel Drilling, Hvy Equip Operation, 1985 to Tower Crane Operation to present, to operating a hoist (elevator),

(4)

that everyone on the job envy and dislike some kind of way because the job seems to be too easy compared to their own. Even the all Spanish Contractor, Shuster Concrete had "Spanish Privalage" with Whiting & Turner. Anytime two spanish employees can attempt to load a 25' ladder through an existing hole from the inside of the building to the outside, but in the <u>direct path</u> of a moving hoist coming down with people in it. I struck the ladder with the under carriage of my hoist. Because it was raining, and a 480 volt live power cable runs underneath my hoist, I took a safe initiative to ground the hoist until it was inspected by the mechanic of the company that owns them, Safeway and Mechanic Keith LN.UKN. and until I was told after he inspected it that it was safe to put the hoist back in service, 4/7/14. Whiting & Turner Superintendents Kyle Jennings and T.J. Perry, both caucasian males both directed anger and hostility towards me because I did not go find and identify the two spanish guys who were responsible for this insideous and dangerous safety violation. The two spanish guys responsible for the accident were not sought out but Kyle Jennings of Whiting & Turner gave me a head of steam because Whiting & Turner had to pay for the Mechanic from Safeway to come to inspect the hoist before it was placed back in service. I was told by the Local 77 Operating

(5)

Engineer's Business Manager Father Steve Fuller and my Project Manager of my company Gilford Corp. Avon Wilson that I had done the appropriate thing.

The 4 Areas of the Substance of My Complaint and Lawsuit are:
- A Frivolous Sexual Harassment Complaint
- Wrongful Termination
- Defamation
- Racial Discrimination in the difference by which Whiting & Turner delt with other groups Spanish & Caucasian on the job. and the way that the inconclusive processing of this Sexual Harassment Complaint was handled.

- Whiting & Turner acted with reckless disregard for my Job, my career reputation, with my co-workers, family Relationships, The Defamation of my Character with all the Rumors going around the job site, with my immediate dismissal.

- Whiting & Turner acted with reckless disregard as to the truth of Ms. Jessica Hitt's Allegations with overly anticipated Enforcement of a complaint that hasn't been proven to be factual.

- There was a rush to judgement, dismissing me from work and not allowing me to return to work without first gathering facts about what was alleged that I said to this person.

(6)

- The matter was not discussed with me before dismissal from job. There was no conference with me by the appropriate official of Whiting & Turner documenting any statements that I might have before I was ordered not to return to the job site.

- Dismissing me from work without any documentation, only accusations by parties I know not of by coaxed and fabricated allegations from Ms. Jessica Hitt who was urged by other caucasian male co-workers in collusion, to file a frivolous report.

- There is nothing severely purvasive about what I have been alleged to have said to cause a hostile working environment or state of exigency for Ms. Jessica Hitt. If I previously offended Ms. Jessica Hitt, she could have easily put a stop to it by telling me to stop harrassing her. She never told me or stated that I was harrassing her nor did she tell me to stop it.

- These Sexual Harassment Allegations that I am being accused of has spread throughout the Companies at the Job site, and although I am being punished by my loss of employment without notification, discussion, or investigation of any evidence proven solid or otherwize, I will lose the respect of all my peers. Several Employees have called me on 4/27/16 to tell me about the rumors that have spreaded around the job about the reason for my abrupt termination and about what I have been accused of and supposedly had said to Ms. Jessica Hitt

At this time, action has been taken to preclude my job, based on hearsay, without my haven't seen these allegations and with so many other parties privy to this information other than the "(accused)", myself, It redefines my character beyond inappropriate degredation and alerts my consciousness to a time in our country's history, when over 4,700 lynchings occurred. Many of them occurred because of something that was said to a caucasian female, some were because of consensual relationships between black men and caucasian women. This is not my case at all! But to the caucasian male populace, that notion was irrelevant. It appears that Whiting & Turner upon my dismissal, would state justly that I hung myself. The substance of the Truth doesn't matter, The audacity of the image of the alleged incident becomes the driving force of their judgement. A Jury Trial is Hereby Requested. Being a Black Man in a high paying position where you put all of your commitment, integrity and energy into a job to please the general contractor for your company; in this case, Whiting & Turner; It doesn't matter how hard you work if you are still seen as an undesireable and held to a higher standard. But once you establish, sustain & maintain that higher standard, then you have to look out, for now, I have become competition because I keep my boots shiney everyday, and by staying positive Mentally, I made the job look to easy and fear becomes greater than respect. Thus we can't always play to win.

(8)

Case 1:16-cv-00803-EGS   Document 1   Filed 04/29/16   Page 9 of 10

Sometimes we must step back and be the subordinate, thus we play to survive.

I am Requesting Relief in the Amount of $700,000.00 Seven Hundred Thousand Dollars for Damages to my Career, Reputation, Family and Relationships, Degradation and Defamation of my Character, Dignity and Integrity and the Standing in My Community. With Full Reinstatement of Employment through my Union, with back pay of lost wages at $36.90 per hour with a 60 hour avg. work week s.g. Signed this 29 Day of April 2016.

*Nathaniel L. Thomas*

Nathaniel L. Thomas
2652 Bowen Rd. S.E.
Washington, D.C. 20020